IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:13-3783

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Christy Morris

2. Plaintiff's Spouse (if applicable)

   Lorenzo Morris

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Virginia

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the Eastern District of Virginia

   Richmond Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Ethicon, Inc.

   ☐   B. Ethicon, LLC

Revised: 1/4/13

- [x] C. Johnson & Johnson
- [ ] D. American Medical Systems, Inc. ("AMS")
- [ ] E. American Medical Systems Holdings, Inc. ("AMS Holdings")
- [ ] F. Endo Pharmaceuticals, Inc.
- [ ] G. Endo Health Solutions Inc. (f/k/a Endo Pharmaceuticals Holdings, Inc.)
- [ ] H. Boston Scientific Corporation
- [ ] I. C. R. Bard, Inc. ("Bard")
- [ ] J. Sofradim Production SAS ("Sofradim")
- [ ] K. Tissue Science Laboratories Limited ("TSL")
- [ ] L. Mentor Worldwide LLC
- [ ] M. Coloplast A/S
- [ ] N. Coloplast Corp.
- [ ] O. Coloplast Manufacturing US, LLC
- [ ] P. Porges S.A.

7. Basis of Jurisdiction

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9, 10, and 11

   B. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

   _____

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☐ TVT

   ☑ TVT-Oturator (TVT-O)

   ☐ TVT-SECUR (TVT-S)

   ☐ TVT-Exact

   ☐ TVT-Abbrevo

   ☐ Other

   _____

   _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

   ☐ Prolift

   ☐ Prolift +M

   ☐ Gynemesh/Gynemesh PS

   ☐ Prosima

   ☐ TVT

3

☑ TVT-Oturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

10. Date of Implantation as to Each Product:

TVT-O: 04/02/2007

11. Hospital(s) where Plaintiff was implanted (including City and State):

Virginia Urology Surgery Center

Richmond, Virginia

12. Implanting Surgeon(s):

David B. Glazier, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

4

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☑ Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☑ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

| | |
|---|---|
| Mark R. Mueller<br>Texas Bar No. 14623500<br>Georgia State Bar No. 100108<br>John Fabry<br>Texas Bar No. 06768480<br>Breanne M. Vandermeer<br>California Bar No. 260217<br>404 West 7th Street<br>Austin, Texas 78701<br>(512) 478-1236<br>(512) 478-1473 facsimile<br>receptionist@muellerlaw.com | s/Mark R. Mueller<br>    Attorneys for Plaintiff<br>Mark R. Mueller<br>John Fabry<br>Breanne M. Vandermeer |